No. 01–515.  SEGUI *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–530.  GREEN *v.* UNITED STATES (Reported below: 55 M. J. 76); BARNES *v.* UNITED STATES (55 M. J. 236); MAGYARI *v.* UNITED STATES (55 M. J. 358); MAHONEY *v.* UNITED STATES (55 M. J. 358); MEADOR *v.* UNITED STATES (55 M. J. 357); POWE *v.* UNITED STATES (55 M. J. 359); RYAN *v.* UNITED STATES (55 M. J. 359); SHELHART *v.* UNITED STATES (55 M. J. 359); STARK *v.* UNITED STATES (55 M. J. 358); and STERNE *v.* UNITED STATES (55 M. J. 359).  C. A. Armed Forces.  Certiorari denied.

No. 01–533.  BENAVIDEZ *v.* DEPARTMENT OF THE NAVY.  C. A. Fed. Cir.  Certiorari denied.

No. 01–553.  RICHARDS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–558.  TANNER *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 01–564.  COOK *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–567.  FAVELA *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 01–5046.  MONTOYA *v.* ROMERO, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 01–5209.  STOUT *v.* TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 01–5363.  ROBINSON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–5536.  HAIGHT *v.* KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 01–5549.  VASQUEZ *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–5889.  GLADSTONE *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC.  C. A. 11th Cir.  Certiorari denied.

No. 01–5899.  MALVIA *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.